UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 16-10938-RGS

FREDERICK BANKS

v.

FEDERAL BUREAU OF INVESTIGATION, et al.

ORDER OF DISMISSAL

July 20, 2016

STEARNS, D.J.

In an order dated June 7, 2016, the Court held that plaintiff Frederick Banks could not proceed *in forma pauperis* because of the "three strikes" provision of the Prison Litigation Reform Act.  *See* 28 U.S.C. § 1915(g).  The Court directed Banks to pay the $400 filing fee and warned him that failure to do so within 35 days would result in dismissal of the action.

The time for complying with the Court's order has expired and Banks has not paid the filing fee or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.  This is a final order of dismissal.  No separate final order of dismissal will issue.

**SO ORDERED.**

　　　　　　　　　　　　　　  /s/ Richard G. Stearns          
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE